1

DAN KOUKOL
Attorney at Law

2

State Bar No. 122526

3

11930 Heritage Oak Place, Suite 6
Auburn, California 95603

4

Telephone: (530) 823-5400
Facsimile: (530) 852-0150

5

Email: dkoukol@placergroup.com

6

Attorney for Defendant,
**ANDREW CONWAY**

7

8

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11

UNITED STATES OF AMERICA,

CASE NO. CR-06-00476 MCE

12

Plaintiff,

STIPULATION AND ORDER

13

vs.

DATE: August 28, 2008
TIME: 9:00 AM

14

ANDREW CONWAY,

JUDGE: Hon. Morrison England

15

Defendant.

16

17

It is hereby stipulated and agreed to between the United States of America through Jason

18

Hitt, Assistant U.S. Attorney, and defendant Andrew Conway, by and through his attorney, Dan

19

Koukol, that the status conference of August 28, 2008 be vacated and that a status conference be

20

set for October 30, 2008 at 9:00 AM.

21

This continuance is being requested because the parties need additional time to discuss

22

the case with the government and negotiate plea agreements.

23

//

24

//

25

//

26

//

27

//

28

-1-

1   The parties request that the speedy trial time is excluded from the date of this order through the

2   date of the status conference set for October 30, 2008 at 9:00 AM pursuant to 18 U.S.C. §

3   3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

4

5

6   DATED: AUGUST 26, 2008          Respectfully submitted,

7

                                    /s/ DAN KOUKOL
8                                   _____

9                                   DAN KOUKOL
                                    Attorney for defendant Andrew Conway
10

11
    DATED: AUGUST 26, 2008          Respectfully submitted,
12

13                                  /s/ DAN KOUKOL FOR

14                                  _____
                                    Jason Hitt
15                                  Assistant U.S. Attorney

16  **IT IS SO ORDERED**

17  **DATED:** September 2, 2008

18                                  _____
                                    MORRISON C. ENGLAND, JR
19                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28                              -2-