DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**ANDREW CONWAY**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-00476-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: October 30, 2008<br>TIME: 10:00 AM |
| ANDREW CONWAY, | JUDGE: Hon. Morrison England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Andrew Conway, by and through his attorney, Dan Koukol, that the status conference of October 30, 2008 be vacated and that a status conference be set for December 4, 2008 at 10:00 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements.

//

//

//

//

-1-

1  The parties request that the speedy trial time is excluded from the date of this order through the
2  date of the status conference set for December 4, 2008 at 10:00 AM pursuant to 18 U.S.C. §
3  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: OCTOBER 23, 2008              Respectfully submitted,

                                     /s/ DAN KOUKOL
                                     _____
                                     DAN KOUKOL
                                     Attorney for defendant Andrew Conway

DATED: OCTOBER 23, 2008              Respectfully submitted,

                                     /s/ DAN KOUKOL FOR
                                     _____
                                     Jason Hitt
                                     Assistant U.S. Attorney

**IT IS SO ORDERED.**

**DATED:** October 27, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE