1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **ANDREW CONWAY**

7
               **IN THE UNITED STATES DISTRICT COURT**
8              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,          CASE NO. 2:06-CR-00476-MCE

11     Plaintiff,                     STIPULATION AND ORDER

12     vs.                            DATE: December 4, 2008
                                      TIME: 9:00 AM
13 ANDREW CONWAY,                     JUDGE: Hon. Morrison England

14     Defendant.

15

16     It is hereby stipulated and agreed to between the United States of America through Jason

17 Hitt, Assistant U.S. Attorney, and defendant Andrew Conway, by and through his attorney, Dan

18 Koukol, that the status conference of December 4, 2008 be vacated and that a status conference

19 be set for January 15, 2009 at 9:00 AM.

20     This continuance is being requested because defense counsel needs additional time to

21 discuss the plea offer the defendant.

22     //

23     //

24     //

25     //

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties request that the speedy trial time is excluded from the date of this order
2  through the date of the status conference set for January 15, 2009 at 9:00 AM pursuant to 18
3  U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: DECEMBER 3, 2008                Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Andrew Conway

DATED: DECEMBER 3, 2008                Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**DATED:** December 5, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com