DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
ANDREW CONWAY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-CR-00476MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 26, 2009<br>TIME: 9:00 AM |
| ANDREW CONWAY, | JUDGE: Hon. Morrison England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Andrew Conway, by and through his attorney, Dan Koukol, that the sentencing hearing of March 26, 2009 be vacated and that a sentencing hearing be set for May 7, 2009 at 9:00 AM.

//

//

//

//

//

| | |
|---|---|
| 1 | This continuance is being requested because Mr. Hitt will be unavailable on March 26, 2009. |

DATED: MARCH 24, 2009     Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Andrew Conway

DATED: MARCH 24, 2009     Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**DATED:  March 27, 2009**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE