DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**ANDREW CONWAY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-00476-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: May 7, 2009<br>TIME: 9:00 AM |
| ANDREW CONWAY, | JUDGE: Hon. Morrison England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Andrew Conway, by and through his attorney, Dan Koukol, that the sentencing hearing of May 7, 2009 be vacated and that a sentencing hearing be set for June 25, 2009 at 9:00 AM.

//

//

//

//

//

//

-1-

This continuance is being requested to allow Jason Hitt to complete certain tasks prior to the sentencing hearing.

DATED: MAY 4, 2009                    Respectfully submitted,

/s/ DAN KOUKOL

DAN KOUKOL
Attorney for defendant Andrew Conway

DATED: MAY 4, 2009                    Respectfully submitted,

/s/ DAN KOUKOL FOR

Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: May 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE