1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Case No. CR-S-06-0476 MCE
                                )
12              Plaintiff,      )    STIPULATION AND ORDER
                                )    CONTINUING JUDGMENT AND
13       v.                     )    SENTENCING FOR DEFENDANT
                                )    ANDREW CONWAY
14 RASHAWN JACKSON, et al.,     )
                                )
15              Defendants.     )
   _____)
16

17      Plaintiff, United States of America, by its counsel, Assistant

18 United States Attorney Jason Hitt, and defendant Andrew CONWAY, by

19 his counsel Dan Koukol, Esq., hereby stipulate and agree that the

20 judgment and sentencing currently set for Thursday, June 25, 2009, at

21 9:00 a.m. should be continued to Thursday, July 30, 2009, at

22 9:00 a.m.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

The requested continuance is based upon the need of government counsel to draft a sentencing letter for the Court's review prior to sentencing.

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATED: June 26, 2009    By:    /s/Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney

DATED: June 26, 2009    By:    /s/Jason Hitt
                                Authorized to sign for Mr. Koukol
                                on 06-24-09
                                DAN KOUKOL, Esq.
                                Attorney for Andrew CONWAY

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that the judgment and sentencing set for June 25, 2009, at 9:00 a.m., is continued to July 30, 2009, at 9:00 a.m.

Dated: June 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE