DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**ANDREW CONWAY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-00476-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: July 30, 2009 |
| | TIME: 9:00 AM |
| ANDREW CONWAY, | JUDGE: Hon. Morrison England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant Andrew Conway, by and through his attorney, Dan Koukol, that the status conference of July 30, 2009 be vacated and that a status conference be set for August 20, 2009 at 9:00 AM.

//

//

//

//

//

//

-1-

This continuance is being requested because the government needs additional time to prepare for the sentencing hearing.

DATED: JULY 29, 2009                Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Andrew Conway

DATED: JULY 29, 2009                Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
Jason Hitt
Assistant U.S. Attorney

**IT IS SO ORDERED.**

**DATED:** July 29, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE